UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TEDDY LEWIS,

                      Petitioner,

-against-

DAVID ROCK, Superintendent,
Great Meadow Correctional Facility,

                      Respondent.
-----------------------------------------------------------------X

JUDGMENT
07-CV- 4350 (CBA)

A Memorandum and Order of Honorable Carol Bagley Amon, United States District Judge, having been filed on December 17, 2009, denying the petition for a writ of habeas corpus; and ordering that a Certificate of Appealability shall not issue; it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability shall not issue.

Dated: Brooklyn, New York
        December 18, 2009

/S/
ROBERT C. HEINEMANN
Clerk of Court